■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DALE ALBERT BATES, Appellant.—Order unanimously reversed on the law and matter remitted to Orleans County Court for further proceedings, in accordance with same memorandum as in *People v Bates* (144 AD2d 970 [decided herewith]). (Appeal from order of Orleans County Court, Miles, J.—vacate judgment.) Present—Doerr, J. P., Denman, Green, Pine and Lawton, JJ.